# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2736
_____

JERMAINE GODBOLT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

June 17, 2024

PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jermaine Godbolt, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.